October 13, 1911.) Action by James A. Grant and others against William C. Greene and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 59 Misc. Rep. 1, 111 N. Y. Supp. 1089.

GRANT et al., Respondents, v. PARSONS, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Charles A. Grant and another against Samuel Parsons. R. B. Wood, for appellant. H. A. Friedman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 129 N. Y. Supp. 1125.

GREEN et al., Appellants, v. HORN, Respondent. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by James Green and others against Charles F. W. Horn. No opinion. Judgment unanimously affirmed, with costs. See, also, 142 App. Div. 924, 126 N. Y. Supp. 1130.

GREEN, Respondent, v. MICHIGAN CENT. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Charles N. Green against the Michigan Central Railroad Company. No opinion. Judgment affirmed, with costs.

GREEN, Appellant, v. WADDINGTON, Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by G. Douglass Green against Francis Waddington. J. G. Dean, for appellant. C. S. Aronstam, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GREENBLATT, Appellant, v. FEINGOLD, Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Harry Greenblatt against Jacob Feingold. No opinion. Judgment of the Municipal Court affirmed, with costs.

GROSS, Appellant, v. TITLE GUARANTEE & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by James A. Gross against the Title Guarantee & Trust Company. E. W. S. Johnston, for appellant. R. W. Cromley, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GROSSMAN, Respondent, v. XENAKIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Henri Grossman against Pericles Xenakis and another. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, infra.

GROSSMAN, Respondent, v. XENAKIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Henri Grossman against Pericles Xenakis and others. No opinion. Motion denied, with costs. See, also, supra.

GROVES, Appellant, v. COLLINS BAG CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by Clarence J. Groves against the Collins Bag Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG and BETTS, JJ., dissent.

GUENTHER, Respondent, v. CHAMBERLAIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Edward C. Guenther against Mary A. Chamberlain and others.

PER CURIAM. Judgment modified, by deducting from the amount fixed therein as unpaid upon the contract the sum of $16.20, being the amount, including interest thereon, necessary to be expended in relaying and reconstructing the kitchen floor to comply with the contract, and, as so modified, the judgment is affirmed, without costs of this appeal to either party.

GUERNSEY v. RUBINGER. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Henry F. Guernsey against Charles Rubinger. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 App. Div. 917, 129 N. Y. Supp. 455; 144 App. Div. 928, 129 N. Y. Supp. 1125.

GULIAN, Appellant, v. GULIAN, Respondent. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by Armavenie G. Gulian against Garabed Gulian No opinion. Order affirmed.

GUMBINER, Appellant, v. GUMBINER, Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Adele Gumbiner against Alfred A. Gumbiner.

PER CURIAM. Judgment modified, by striking out the expression "on the merits," and, as thus modified, affirmed, without costs. See, also, 131 N. Y. Supp. 85.

WOODWARD, J., dissents.

HALVORSEN v. INTERSTATE LIGHTERAGE & TRANSPORTATION CO. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Appeal from Trial Term. Action by Harry E. Halvorsen against the Interstate Lighterage & Transportation Company. From an order denying motion to restore case to day calendar, plaintiff appeals. Reversed. The following is the opinion of Kelly, J., at Trial Term: "The case was answered 'Ready' on the call calendar, but when reached on the